IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

ZETA SHEARILL,

    Plaintiff,

v.

                              No. 2:17-cv-01098-GJF-KRS

FABER AND BRAND, LLC,

    Defendant.

## ORDER TO SHOW CAUSE

**THIS MATTER** comes before the Court *sua sponte* following a review of the record. On March 13, 2018, Defendant filed an "acknowledgment of service." (Doc. 7). This document, electronically signed by both parties, purports to give Defendant until March 30, 2018 to answer the complaint, which was filed nearly five months ago. Additionally, although an individual signed the "acknowledgement of service," Defendant, a Missouri law firm organized as a limited liability company, designates itself *pro se*. (*See id.*). Because the deadline for answering the complaint has now expired and Defendant may not represent itself *pro se*, D.N.M.LR-Civ. 83.7, the Court will order Defendant to show cause in writing why the Court should not direct the Clerk to enter default against Defendant.

**IT IS, THEREFORE, ORDERED** that Defendant show cause in writing on or before **April 10, 2018** as set forth above.

_____
KEVIN R. SWEAZEA
UNITED STATES MAGISTRATE JUDGE