UNITED STATES DISTRICT COURT
DISTRICT OF NEW MEXICO

ZETA SHEARILL,

    Plaintiff,

v.                                                          Civ. No. 17-1098 GJF/KRS

FABER AND BRAND, LLC,

    Defendant.

## ORDER OF DISMISSAL WITH PREJUDICE

ON THIS DATE, the Court received Defendant's "Stipulated Motion to Dismiss With Prejudice" ("Stipulated Motion"). ECF No. 11. In the Stipulated Motion, Defendant states that "all matters in controversy have been fully settled and compromised." Def.'s Stipulated Mot. 1, ECF No. 11. Accordingly, the parties have moved this Court to dismiss the instant matter with prejudice. *Id.* Having reviewed the record and the Stipulated Motion, the Court hereby **GRANTS** the Stipulated Motion.

**IT IS THEREFORE ORDERED** that the above-captioned cause is hereby dismissed *with prejudice*.

**IT IS SO ORDERED.**

_____
THE HONORABLE GREGORY J. FOURATT
UNITED STATES MAGISTRATE JUDGE