# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW MEXICO

ZETA SHEARILL,

    Plaintiff,

v.                                                                       Civ. No. 17-1098 GJF/KRS

FABER AND BRAND, LLC,

    Defendant.

## FINAL JUDGMENT

In accordance with Federal Rule of Civil Procedure 58(a) and consistent with the "Order of Dismissal With Prejudice" [ECF No. 12] entered by the Court on April 18, 2018, this Final Judgment adjudicates all existing claims and liabilities of the parties.

The above-captioned cause is **DISMISSED WITH PREJUDICE.**

**IT IS SO ORDERED.**

_____
THE HONORABLE GREGORY J. FOURATT
UNITED STATES MAGISTRATE JUDGE